| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Leighton, Ronald B | 2. Court or Organization U.S. District Court | 3. Date of Report 07/13/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. Courthouse 1717 Pacific Avenue Tacoma, WA 98402-3241 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 JUL 18 A 11:13 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Burgess & Fitzer |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leighton, Ronald B | 07/13/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. Brokerage Acct #1 | | | | | | | | | |
| 3. - Briggs & Stratton Corp. | | | | | Transferred | 12/13 | K | | See Part VIII |
| 4. - Kinder Morgan Energy Partners | A | Dividend | J | T | Received | 12/27 | J | | See Part VIII |
| 5. Brokerage Acct #2 | | | | | | | | | |
| 6. - Alberto Culver Co (common) | A | Dividend | K | T | | | | | |
| 7. - Boeing Co. (common) | A | Dividend | J | T | | | | | |
| 8. - Bristol-Myers Squibb Co. (common) | A | Dividend | K | T | | | | | |
| 9. - Cisco Systems (common) | | None | K | T | | | | | |
| 10. - Conocophillips (common) | A | Dividend | J | T | | | | | |
| 11. - Corning Inc. (common) | | None | J | T | | | | | |
| 12. - CSX Corp. (common) | A | Dividend | K | T | | | | | |
| 13. - Intel Corp. (common) | A | Dividend | K | T | | | | | |
| 14. - Lucent Tech. (common) | | None | J | T | | | | | |
| 15. - Maytag Corp. (common) | A | Dividend | J | T | | | | | |
| 16. - Sprint Nextel Comm (formerly Nextel Comm Inc.) | A | Dividend | J | T | | | | | |
| 17. - Qwest Comm. (common) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AT&T (formerly SBC Comm) | A | Dividend | J | T | Surrendered | 11/21 | J | | See Part VIII |
| 19. - Verizon Comm. (common) | A | Dividend | J | T | | | | | |
| 20. - Wash Mutual Inc. (common) | A | Dividend | J | T | | | | | |
| 21. - Kinder Morgan Energy Partners | A | Dividend | J | T | | | | | |
| 22. - Briggs & Stratton Corp. | A | Dividend | K | T | Transferred | 12/27 | J | | See Part VIII |
| 23. Brokerage Acct #3 | | | | | | | | | |
| 24. - Best Buy Co. | A | Dividend | J | T | | | | | |
| 25. - Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 26. Investment Club | E | Dividend | N | T | | | | | |
| 27. - Barr Laboratories | | | | | Sold | 5/11 | K | E | |
| 28. - Bed Bath & Beyond | | | | | | | | | |
| 29. - Best Buy | | | | | | | | | |
| 30. - Ebay Inc | | | | | Sold | 2/4 | K | E | |
| 31. - Home Depot | | | | | | | | | See Part VIII |
| 32. - Intel Corp. | | | | | | | | | |
| 33. - Microsoft Corp. | | | | | | | | | |
| 34. - Pfizer, Inc. | | | | | Sold | 11/4 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Proctor & Gamble | | | | | | | | | |
| 36. - Starbucks | | | | | | | | | |
| 37. - Viacom | | | | | | | | | |
| 38. - Columbia Sportswear | | | | | Sold | 6/3 | J | | |
| 39. - Honda Motor Co. | | | | | | | | | |
| 40. - Corporate Executive | | | | | Sold | 10/7 | K | D | |
| 41. - Lincare Holdings | | | | | Sold | 9/9 | J | B | |
| 42. - CVS Corp. | | | | | Purchased | 9/9 | J | | |
| 43. - Dupont (El) De Nemou | | | | | Purchased | 7/8 | K | | |
| 44. - Dow Chemical Co. | | | | | Purchased | 3/7 | J | | |
| 45. - Ingersoll-Rand Company | | | | | Purchased | 10/6 | K | | |
| 46. - Motorola Inc. | | | | | Purchased | 9/9 | J | | |
| 47. Brokerage Acct #4 | | | | | | | | | |
| 48. - Bristol-Myers (common) | A | Dividend | J | T | | | | | |
| 49. - Chevron Texaco Corp. (common) | A | Dividend | J | T | | | | | |
| 50. - Intl Business Machines (common) | A | Dividend | K | T | | | | | |
| 51. - Microsoft Corp. (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Nokia Corp. (common) | A | Dividend | J | T | | | | | |
| 53. - Strattec Security (common) | | None | J | T | | | | | |
| 54. - Vodafone Group (common) | A | Dividend | K | T | | | | | |
| 55. - Zimmer Holdings (common) | | None | J | T | | | | | |
| 56. - Centennial Money Market | A | Interest | K | T | | | | | |
| 57. Brokerage Account #5 | | | | | | | | | |
| 58. - Centennial Money Market | B | Interest | K | T | | | | | |
| 59. - Boeing Company (common) | A | Dividend | J | T | | | | | |
| 60. - Columbia Banking System (common) | A | Dividend | J | T | | | | | |
| 61. - Dell Inc. (common) | | None | K | T | | | | | |
| 62. - Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 63. - Pfizer (common) | A | Dividend | J | T | | | | | |
| 64. - Schlumberger (common) | A | Dividend | K | T | | | | | |
| 65. - Transocean (common) | | None | J | T | | | | | |
| 66. - New Perspective Mutual Fund | A | Dividend | K | T | | | | | |
| 67. - Oppenheimer Main Str Mutual Fund | A | Dividend | K | T | | | | | |
| 68. - Wash Mutual Investors Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Proctor & Gamble | | None | | T | | | | | See Part VIII |
| 70. - Eaton Vance Mutual Funds Trust | | | | | Sold | 7/7 | L | | |
| 71. - Russell Frank Inv. Co. (Mutual Fund) | B | Dividend | M | T | Purchased | 7/7 | M | | |
| 72. - Intermountain Pwr Agy Utah Pwr Supply Revenue Series A | | None | J | T | | | | | See Part VIII |
| 73. - Wash St Go Coll Svgs Bds Ser | | None | K | T | | | | | See Part VIII |
| 74. Brokerage Acct #6 | | | | | | | | | |
| 75. - Cisco Systems (common) | | None | J | T | | | | | |
| 76. - Dell Computer Corp. (common) | | None | J | T | | | | | |
| 77. Brokerage Acct #7 | | | | | | | | | |
| 78. - A.G. Edwards Money Market | A | Interest | J | T | | | | | |
| 79. - Cisco Systems (common) | | None | J | T | | | | | |
| 80. - Dell Inc. (common) | | None | J | T | | | | | |
| 81. - Microsoft Corp. (common) | A | Dividend | J | T | | | | | |
| 82. Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 83. - Federated Muni Oppt (common) | | | | | | | | | |
| 84. - Electronic Data Sys (common) | | | | | | | | | |
| 85. - JM Smucker Co. (common) | | | | | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Kimberly-Clark (common) | | | | | | | | | |
| 87. - Adobe Systems Inc. (formerly Macromedia) | | | | | Merger | 12/7 | J | | |
| 88. - Proctor & Gamble (common) | | | | | | | | | |
| 89. - Qualcomm Inc. (common) | | | | | | | | | |
| 90. - Qwest Comm (common) | | | | | | | | | |
| 91. - AT&T Inc. (formerly SBC Comm) | | | | | Merger | 11/21 | J | | |
| 92. - Starbucks (common) | | | | | | | | | |
| 93. - Time Warner | | | | | | | | | |
| 94. - Verizon Comm (common) | | | | | | | | | |
| 95. - AIM Health Sciences Fund (formerlyInvesco Health Sciences) | | | | | | | | | See Part VIII |
| 96. - Scudder Global (common) | | | | | | | | | |
| 97. - Scudder Intl Fund (common) | | | | | | | | | |
| 98. - Neenah Paper Inc. | | | | | | | | | |
| 99. Brokerage Acct #8 | | | | | | | | | |
| 100. - Bristol Myers Squibb Co. | | None | | | Transfer | 1/19 | J | | See Part VIII |
| 101. - General Growth Properties | A | Dividend | J | T | Transferred | 12/27 | J | | See Part VIII |
| 102. IRA #I | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Dividend Growth Securities A Fund (formerly B Fund) | D | Dividend | L | T | Sold/Trans | 4/22 | L | C | |
| 104. IRA #2 | | | | | | | | | |
| 105. - Dividend Growth Securities A Fund (formerly B Fund) | A | Dividend | J | T | Sold/Trans | 4/22 | L | A | |
| 106. IRA #3 | | | | | | | | | |
| 107. IRA #3 | | None | | | Acct. Closed | 12/19 | | E | |
| 108. - NASDAQ 100 Unit Ser 1 (common) | | | | | Buy | 1/7 | J | | |
| 109. | | | | | Buy | 3/18 | J | | |
| 110. | | | | | Partial Sale | 4/14 | K | | |
| 111. | | | | | Buy | 5/25 | K | | |
| 112. - SPDR Trust Unit SR1 Exp | | | | | | | | | See Part VIII |
| 113. | | | | | Buy | 8/30 | K | | |
| 114. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 115. | | | | | Transferred | 12/5 | | | Trans. from IRA#4 |
| 116. | | | | | Sold | 12/6 | K | A | |
| 117. - Schwab Money Market | E | Dividend | O | T | | | | | |
| 118. - Vanguard Total Stock Mkt Vipers Index Fund | | | | | Partial Sale | 3/18 | K | B | |
| 119. | | | | | Partial Sale | 4/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V.=Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 5/26 | K | | |
| 121. | | | | | Partial Sale | 8/30 | K | C | |
| 122. | | | | | Transferred | 11/21 | | | Trans to IRA #4 |
| 123. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 124. | | | | | Sold | 12/6 | K | A | |
| 125. - iShares TR S&P Midcap 400 Index Fund | | | | | | | | | See Part VIII |
| 126. | | | | | Buy | 3/18 | K | | |
| 127. | | | | | Buy | 4/18 | K | | |
| 128. | | | | | Buy | 5/23 | K | | |
| 129. | | | | | Buy | 5/31 | J | | |
| 130. | | | | | Buy | 6/27 | J | | |
| 131. | | | | | Partial Sale | 8/30 | J | A | |
| 132. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 133. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 134. | | | | | Sold | 12/6 | L | A | |
| 135. - iShares S&P Midcap 400/BARRA | | | | | | | | | See Part VIII |
| 136. | | | | | Buy | 3/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Partial Sale | 4/18 | K | | |
| 138. | | | | | Buy | 8/30 | K | | |
| 139. | | | | | Buy | 10/19 | K | | |
| 140. | | | | | Partial Sale | 10/19 | K | | |
| 141. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 142. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 143. | | | | | Sold | 12/6 | K | A | |
| 144. - iShares Trust S&P 500 Index | | | | | Buy | 1/7 | K | | |
| 145. | | | | | Partial Sale | 2/18 | L | C | |
| 146. | | | | | Partial Sale | 3/29 | J | | |
| 147. | | | | | Buy | 4/18 | L | | |
| 148. | | | | | Buy | 4/19 | J | | |
| 149. | | | | | Partial Sale | 5/10 | K | A | |
| 150. | | | | | Buy | 5/13 | K | | |
| 151. | | | | | Buy | 5/23 | J | | |
| 152. | | | | | Partial Sale | 5/31 | J | A | |
| 153. | | | | | Partial Sale | 6/9 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 13 of 26

Name of Person Reporting

Leighton, Ronald B

Date of Report

07/13/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Partial Sale | 6/14 | K | B | |
| 155. | | | | | Buy | 6/28 | K | | |
| 156. | | | | | Partial Sale | 7/27 | K | B | |
| 157. | | | | | Buy | 8/8 | K | | |
| 158. | | | | | Partial Sale | 8/30 | K | B | |
| 159. | | | | | Partial Sale | 11/2 | K | A | |
| 160. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 161. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 162. | | | | | Sold | 12/6 | J | A | |
| 163. - iShares TR S&P 500 Barra Growth Index | | | | | Sold | 4/18 | K | | See Part VIII |
| 164. - iShares TR S&P Smallcap 600 Index Fund | | | | | Partial Sale | 1/7 | K | B | |
| 165. | | | | | Partial Sale | 3/18 | K | C | |
| 166. | | | | | Buy | 3/29 | K | | |
| 167. | | | | | Partial Sale | 3/29 | K | | |
| 168. | | | | | Buy | 4/18 | K | | |
| 169. | | | | | Buy | 5/31 | J | | |
| 170. | | | | | Stock Split | 6/8 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Partial Sale | 8/30 | J | A | |
| 172. | | | | | Buy | 10/19 | K | | |
| 173. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 174. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 175. | | | | | Sold | 12/6 | L | A | |
| 176. - iShares Russell 1000 Index | | | | | Sold | 3/18 | K | A | |
| 177. - iShare TR Russell 3000 Value Index | | | | | | | | | See Part VIII |
| 178. | | | | | Buy | 1/7 | K | | |
| 179. | | | | | Buy | 2/18 | K | | |
| 180. | | | | | Buy | 3/18 | K | | |
| 181. | | | | | Buy | 3/29 | K | | |
| 182. | | | | | Sold | 3/29 | K | | |
| 183. - Rydex Transportation | | | | | Sold | 1/7 | J | | |
| 184. - iShares TR Russell 2000 Index | | | | | Partial Sale | 1/7 | J | A | |
| 185. | | | | | Partial Sale | 2/18 | K | B | |
| 186. | | | | | Partial Sale | 3/18 | K | B | |
| 187. | | | | | Sold | 3/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - iShares DJ US Real Estate Index | | | | | Buy | 5/10 | K | | See Part VIII |
| 189. | | | | | Sold | 5/26 | K | A | |
| 190. - iShares MSCI EAFE Index | | | | | Buy | 4/19 | K | | See Part VIII |
| 191. | | | | | Sold | 512/6 | K | | |
| 192. - iShares MSCI South Africa | | | | | Sold | 1/7 | J | A | |
| 193. - iShares Mexico | | | | | Sold | 1/7 | J | B | |
| 194. - iShares MSCI Latin America | | | | | Sold | 1/7 | J | | |
| 195. - iShares Russell Midcap Index | | | | | Partial Sale | 1/7 | K | B | |
| 196. | | | | | Partial Sale | 2/18 | K | B | |
| 197. | | | | | Partial Sale | 3/18 | K | C | |
| 198. | | | | | Buy | 3/29 | L | | |
| 199. | | | | | Partial Sale | 3/29 | L | | |
| 200. | | | | | Buy | 3/29 | L | | |
| 201. | | | | | Partial Sale | 4/18 | J | | |
| 202. | | | | | Buy | 6/14 | J | | |
| 203. | | | | | Partial Sale | 8/30 | J | A | |
| 204. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 206. | | | | | Sold | 12/6 | L | A | |
| 207. - iShares GS Software Index | | | | | Sold | 1/7 | J | | |
| 208. - Vanguard Mid-Cap Vipers | | | | | Sold | 1/7 | L | C | |
| 209. - Vanguard Large-Cap Vipers | | | | | Sold | 1/7 | K | B | |
| 210. - iShares Russell Midcap Growth | | | | | Buy | 10/19 | K | | See Part VIII |
| 211. | | | | | Transferred | 11/21 | | | Trans. to IRS #4 |
| 212. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 213. | | | | | Sold | 12/6 | K | A | |
| 214. - iShares Cohen Steers Realty | | | | | Buy | 5/10 | K | | See Part VIII |
| 215. | | | | | Stock Split | 6/8 | J | | |
| 216. | | | | | Buy | 6/9 | K | | |
| 217. | | | | | Buy | 6/10 | K | | |
| 218. | | | | | Buy | 6/14 | K | | |
| 219. | | | | | Partial Sale | 6/28 | K | A | |
| 220. | | | | | Sold | 8/8 | K | A | |
| 221. - iShares Russell 1000 Value Index | | | | | Purchased | 1/7 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 2/18 | K | | |
| 223. | | | | | Buy | 3/18 | J | | |
| 224. | | | | | Partial Sale | 3/29 | K | | |
| 225. | | | | | Sold | 4/18 | K | | |
| 226. - iShares TR Russell 3000 Index | | | | | Purchased | 1/7 | L | | |
| 227. | | | | | Partial Sale | 2/18 | K | A | |
| 228. | | | | | Partial Sale | 3/18 | L | A | |
| 229. | | | | | Buy | 4/18 | L | | |
| 230. | | | | | Partial Sale | 4/18 | K | | |
| 231. | | | | | Buy | 5/23 | J | | |
| 232. | | | | | Buy | 8/30 | J | | |
| 233. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 234. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 235. | | | | | Sold | 12/6 | L | | |
| 236. - iShares TR Russell 1000 Index | | | | | Purchased | 1/7 | L | | |
| 237. | | | | | Partial Sale | 2/18 | K | B | |
| 238. | | | | | Buy | 3/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy | 4/18 | K | | |
| 240. | | | | | Buy | 5/23 | K | | |
| 241. | | | | | Buy | 8/30 | J | | |
| 242. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 243. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 244. | | | | | Sold | 12/6 | L | A | |
| 245. - iShares Russell Midcap Value Index | | | | | Purchased | 2/18 | K | | |
| 246. | | | | | Buy | 3/18 | K | | |
| 247. | | | | | Buy | 8/30 | K | | |
| 248. | | | | | Sold | 10/19 | K | | |
| 249. - iShares TR S&P 500 Barra Value | | | | | Purchased | 2/18 | L | | |
| 250. | | | | | Buy | 3/29 | K | | |
| 251. | | | | | Partial Sale | 3/29 | J | | |
| 252. | | | | | Sold | 4/18 | K | | |
| 253. - iShare Australia Index Fund | | | | | Purchased | 3/18 | K | | |
| 254. | | | | | Sold | 5/4 | J | | |
| 255. - iShares S&P Smallcap 600/Barra | | | | | Purchased | 3/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Partial Sale | 4/18 | K | | |
| 257. | | | | | Partial Sale | 4/18 | K | | |
| 258. | | | | | Buy | 8/30 | K | | |
| 259. | | | | | Sold | 10/19 | K | | |
| 260. - iShares TR S&P Global Energy Sector Index Fund | | | | | Purchased | 3/18 | K | | |
| 261. | | | | | Sold | 3/29 | K | | |
| 262. - iShares TR DJ US Healthcare Sector Index | | | | | Purchased | 4/18 | K | | |
| 263. | | | | | Buy | 5/4 | K | | |
| 264. | | | | | Sold | 5/23 | K | A | |
| 265. - Vanguard World Funds Health Care Vipers | | | | | Purchased | 4/18 | K | | |
| 266. | | | | | Partial Sale | 5/23 | J | A | |
| 267. | | | | | Partial Sale | 5/26 | J | A | |
| 268. | | | | | Sold | 5/31 | J | A | |
| 269. - iShares TR NYSE Composite Index Fund | | | | | Purchased | 4/19 | J | | |
| 270. | | | | | Sold | 5/23 | J | A | |
| 271. - Rydex ETF Trust S&P 500 Equal Wt Index Fund | | | | | Purchased | 7/27 | K | | |
| 272. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 274. | | | | | Sold | 12/6 | K | A | |
| 275. - Rydex Biotechnology Fund | | | | | Purchased | 11/2 | J | | |
| 276. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 277. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 278. | | | | | Sold | 12/6 | J | | |
| 279. - iShares DJ US Transportation Index Fund | | | | | Purchased | 11/2 | K | | |
| 280. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 281. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 282. | | | | | Sold | 12/6 | K | A | |
| 283. - iShares TR S&P Global Financials Sector | | | | | Purchased | 11/2 | K | | |
| 284. | | | | | Transferred | 11/21 | | | Trans. to IRA #4 |
| 285. | | | | | Transferred | 12/5 | | | Trans. from IRA #4 |
| 286. | | | | | Sold | 12/6 | K | A | |
| 287. Gordon Thomas Honeywell PSP | | | | | Rollover | 11/23 | O | | See Part VIII |
| 288. Burgess Fitzer PS 401K PS Plan Trust | | None | N | T | | | | | |
| 289. Montclair Real Estate Ltd. Partnership, Fife, WA | D | Rent | L | R | | | | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Evansville Retirement Residence Ltd. Partnership | D | Dividend | K | R | | | | | See Part VIII |
| 291. US Bank, Tacoma, WA | A | Interest | J | T | | | | | |
| 292. King County Housing Authority Bond | | None | J | T | | | | | |
| 293. University of Washington Bond | | None | J | T | | | | | |
| 294. Vancouver Washington Housing Authority Bond | | None | J | T | | | | | |
| 295. Intermountain Pwr Agy Utah Pwr Supply Revenue Series A | | None | J | T | | | | | See Part VIII |
| 296. Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 297. Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 298. Columbia Acorn Fund-Z | | None | K | T | | | | | |
| 299. Columbia Acorn Fund-Z | | None | K | T | | | | | |
| 300. Columbia Acorn International Fund-Z | | None | K | T | | | | | |
| 301. Eoscene Series A Preferred | | None | K | T | | | | | |
| 302. Eoscene Series B Preferred | | None | J | T | | | | | |
| 303. Nine Audio Technologies | A | Dividend | J | T | | | | | |
| 304. Wash St Go Coll Svgs Bds Ser | | None | K | T | | | | | See Part VIII |
| 305. Dreyfus Midcap Value Fund | | None | K | T | | | | | |
| 306. IRA #4 | | | | | Opened | 11/1 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - A.G. Edwards Cash & Money Fund | A | Dividend | O | T | | | | | |
| 308. - Capital Income Bldr Fund | B | Dividend | M | T | Purchased | 12/20 | M | | |
| 309. - Capital World Growth & Income Fund | A | Dividend | L | T | Purchased | 12/20 | L | | |
| 310. - Fundamental Investors (MF) | | None | | | Purchased | 12/20 | L | | |
| 311. - Growth Fund America (MF) | | None | | | Purchased | 12/20 | K | | |
| 312. - Income Fund of America (MF) | C | Dividend | M | T | Purchased | 12/20 | M | | |
| 313. - Investment Company America (MF) | A | Dividend | L | T | Purchased | 12/20 | L | | |
| 314. - New World Fund (MF) | | None | | | Purchased | 12/20 | K | | |
| 315. - Smallcap World Fund (MF) | | None | | | Purchased | 12/20 | K | | |
| 316. - Rydex Ser TR Biotechnology Fund (MF) | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 317. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 318. - Vanguard Index Trust Total Stk Mkt. Vipers | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 319. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 320. - Rydex ETF TR S&P 500 Equal Weight Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 321. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 322. - Midcap SPDR TR | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 323. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. - iShares TR S&P Smallcap 600 Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 325. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 326. - iShares TR Russell 3000 Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 327. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 328. - iShares TR Russell 1000 Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 329. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 330. - iShares TR S&P Midcap 400/Barra Growth Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 331. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 332. - iShares TR S&P Midcap 400 Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 333. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 334. - iShares TR Russell Midcap Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 335. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 336. - iShares TR Russell Midcap Growth Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 337. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 338. - iShares Trust S&P Global Financial Sector Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 339. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 340. - iShares TR S&P 500 Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |
| 342. - iShares Trust Trans, Avg. Index | | | | | Transferred | 11/21 | | | Trans. from IRA #3 |
| 343. | | | | | Transferred | 12/5 | | | Trans. to IRA #3 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS

Line 3: Transfe red to Brokerage Account #2
Line 4: Transferred from ██████Trust
Line 18: SBC Comm surrendered to AT&T
Line 22: Transfer ed from Brokerage Account #1
Line 31: Mistakenly reported as sold in FDR2004
Line 69: Fell below reportable amount in 2005
Lines 72 and 72: Should have been listed as being managed under Brokerage Account #5
Line 85: Sold on 11/8/04 (should have been reported as sold on FDR2004, with D(3) as J and D(4) as K
Line 95: Name changed on 10/15/04
Line 100: Transferred to Brokerage Account #2
Line 101: Transferred from Family Trust
Line 112: Mistakenly reported as sold in FDR2004..
Line 125: Mistakenly reported as sold in FDR2004.
Line 135: Mistakenly reported as sold in FDR2004.
Line 163: Mistakenly reported as sold in FDR2004.
Line 177: Mistakenly reported as sold in FDR2004.
Line 188: Mistakenly reported as sold in FDR2004.
Line 190: Mistakenly reported as sold in FDR2004.
Line 210: Mistakenly reported as sold in FDR2004.
Line 214: Mistakenly reported as sold in FDR2004.
Line 287: Funds transfe red to U.S. Bank and then rolled over into IRA #4 on 12/19/05.
Line 289: Purchased 6/15/80 for $10,000.
Line 290: Purchased 7/1/91 for $25,000.
Lines 295 and 304: These Tax Exempt Bonds should be listed as being managed under Brokerage Acct. #5.

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B | 07/13/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date July 13, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544